UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Phyllis Okwaisie

Order Filed on June 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-10547

Adv. No.

Hearing Dates: 5/17/17

Judge: (CMG)

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2)  is
hereby **ORDERED.**

**DATED: June 13, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 17-10547
Order Granting Supplemental Chapter 13 Fees
Page 2

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services

has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a

fee of $200.00 for services rendered and expenses in the amount of $0.00 for a total of $200.00.

The allowance shall be payable:

   XX          Through the Chapter 13 plan as an administrative priority

_____        Outside the plan