Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−10547−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Phyllis A. Okwaisie
   2100 Haddonsfield Road
   Apt. 1202
   Pensauken, NJ 08110

Social Security No.:
   xxx−xx−9686

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/17/19 at 09:00 AM

to consider and act upon the following:

*48* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 7/8/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/3/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court